# CITY OF MEMPHIS
## REQUEST FOR AND REPORT OF LEAVE/ABSENCE

Pay Period Reported: _____

Employee Number: 97827

__X__ With Pay
_____ Without Pay

_____ Add Data
_____ Update Data

EMPLOYEE NAME: (Last, First, Middle)  Ward, Tonnie M.

JOB TITLE: Operations Administrator

ORGANIZATION #: 160201

DIVISION NAME: Solid Waste Management

SERVICE CENTER NAME: Solid Waste Management

### TYPE OF LEAVE/ABSENCE:

- ___ 011 Bonus Leave
- _X_ 061 Sick Leave
- ___ 081 Vacation Leave
- ___ 007 Death in Family
- ___ 020 Comp (Fire/Police)
- ___ 088 Personal Leave (Fire)
- ___ 045 Jury Duty
- ___ 052 Military Duty
- ___ 054 OJI
- ___ 071 Suspension w/Pay (Police)
- ___ 074 Training
- ___ 077 Union Business

**Comments Required**
- ___ 049 Leave w/o Pay
- ___ 050 Leave w/o Pay-No Prior Approv.
- ___ 1 FMLA
- ___ 2 Personal
- ___ 3 Education
- ___ 4 Suspension w/o Pay

_X_ 5 Other: *10 June call in ill to handle personal matters from threats received via text
COMMENTS: *11 June call in Personal matters after learning of Events from meeting @ City Hall   6/9

This period of leave/absence does _____ / does not _____ count as leave under the provisions of the Family & Medical Leave Act (FMLA).

_____   _____
(Signature of Supervisor or Manager)              (Date)

### PERIOD OF LEAVE/ABSENCE:

| Type Code | Date / Day of Week | BEGIN MM DD YY | END MM DD YY | Total |
|---|---|---|---|---|
| 061 | Date / Day of Week | 06 10 21 / Thursday | 06 11 21 / Friday | Work Days: 2 days  Work Hours: 16 Hrs  7 sick |
| ___ | Date / Day of Week | | | Work Days: ___  Work Hours: ___ |
| ___ | Date / Day of Week | | | Work Days: ___  Work Hours: ___ |
| ___ | Date / Day of Week | | | Work Days: ___  Work Hours: ___ |

### SIGNATURES/DATES:

Employee [signature: Tonnie W]  Date: 6/14/2021

Supervisor Date: _____

Division Director or Authorized Personnel Date: _____

FOR DIVISION USE ONLY:
Date Recorded: _____   Recorded by: _____

FOR PERSONNEL DIVISION USE ONLY:
Date Recorded: _____   Recorded by: _____

White Copy: Division File
Yellow Copy: Bureau File
Pink Copy: Employee

F-1120.136                                                                  Rev. 3/13

X Compassion Mental Health will fax out my copy

> This is Tonnie. I will not be reporting to the office today. I will advise if I will be reporting back Friday, next business day by 3pm today.

Thanks. Did you make your team aware?

> I reported it to you sir. Protocol is to contact my direct report.
>
> **Due to threats and all the other unethical actions surrounding CoM leadership ( managers) conspiring with former employees, eaCh other AFSCME members and leadership to cause me harm my communication is strictly WORK related only.

> Also, I need the EDI report that I requested. I cc you on the email correspondence from legal that I forward to Erika yesterday. Will you please make sure I have this documentation readily available upon my return? I need it.

Tm.W

> **Re: Absence**
> This is Tonnie. I will not be reporting to the office today, Friday, 11 June. I have to complete handling the personal matters at hand from yesterday.
>
> I will return to regular shift Monday, 14 June. I will complete PD5 upon my return to regular shift.

> Good morning,
>
> Do you need me to try and reach out to HR to support you?

> Yes. I need the report from EDI that Tienerra Gibson ( CoM Legal) advised I could obtain now that the investigation has concluded. There were various erroneous charges filed against me alleging hostile work place, harassment, retaliation, etc. and I'm requiring documentation. It's very evident then and now that I'm the

T.mw.

> Do you need me to try and reach out to HR to support you?

> Yes. I need the report from EDI that Tienerra Gibson ( CoM Legal) advised I could obtain now that the investigation has concluded. There were various erroneous charges filed against me alleging hostile work place, harassment, retaliation, etc. and I'm requiring documentation. It's very evident then and now that I'm the individual being harassed, retaliated against and reporting everyday to a hostile work environment. It's overwhelming and I'm tired. In 18 months I've NEVER called into work! And now all because of actions beyond my control. Erika stated Monday she would reach out to EDI, but I have not received the report. I'll be back to work Monday after wrapping up the last of this matter w/ the ongoing issues I'm experiencing in the work place. If I can please have

T.mw.

## Re: 7:00 pm Report

**Ward, Tonnie** <Tonnie.Ward@memphistn.gov>
Tue 11/17/2020 7:05 AM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>; Lamar, Albert <Albert.Lamar@memphistn.gov>
**Cc:** Hardeman, Kim <Kim.Hardeman@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>; Suttlar, Erika <erika.suttlar@memphistn.gov>

Perfect. Thanks for the clarification. If you need anything else just forward a quick text or email or call and we will take care of it. Again, thanks.

Get Outlook for iOS

---

**From:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Sent:** Tuesday, November 17, 2020 7:03:46 AM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>; Lamar, Albert <Albert.Lamar@memphistn.gov>
**Cc:** Hardeman, Kim <Kim.Hardeman@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>; Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** RE: 7:00 pm Report

Tonnie,
as of right now I'm only riding to identify areas that will need our attention. And as for the MTL routes once you send the email on area that are complete myself Rodney and Robert tour the routes.

Secondly the packer crews that are coming in at those times are working in garbage and recycling. The crews that will be working hand piles and bags will be monitored by the supervisor, and they will be in a specific area.

As you have seen all maps for this operation all ready to go. And you also know thing change every second in these areas.

Thanks

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Ward, Tonnie" <Tonnie.Ward@memphistn.gov>

Date: 11/16/20 10:28 PM (GMT-06:00)
To: "Nickelberry, Terence E." <Terence.Nickelberry@memphistn.gov>, "Lamar, Albert" <Albert.Lamar@memphistn.gov>
Cc: "Hardeman, Kim" <Kim.Hardeman@memphistn.gov>, "Millen, Ken" <Ken.Millen@memphistn.gov>, "Wakefield, Rodney" <Rodney.Wakefield@memphistn.gov>, "Davis, Philip" <Philip.Davis@memphistn.gov>, "DeGraffreed, Delicia" <Delicia.DeGraffreed@memphistn.gov>, "Suttlar, Erika" <erika.suttlar@memphistn.gov>
Subject: Re: 7:00 pm Report

Thanks Terence!

Moving forward identification of complete and total number of routes toured are required in your EOD for each area you are stamping confirmation of completion EOD.

This will give supervisors and management better visibility of operational need and Dashboard closures needed.

Secondly, packer crews are coming into the barn between 4:37pm and 5pm...... for three weeks straight Rubicon has not tracked a single piece of equipment out past 5:30pm. Why?

Can this be corrected immediately? I can outline and present to team if you present allow me to.

What areas have been identified and hand packer crews placed in OT? Can we please expedite this to ensure our team and employees are set up got success?

Again, thanks for all input and by tomorrow we should have a significant plan in place.

Get Outlook for iOS

---

**From:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Sent:** Monday, November 16, 2020 8:29:00 PM
**To:** Lamar, Albert <Albert.Lamar@memphistn.gov>
**Cc:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>; Hardeman, Kim <Kim.Hardeman@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>
**Subject:** 7:00 pm Report

Director,

We toured areas B and C, Coral Lake, Robco Lake, and Twinkletown. As of right now the lake areas have no leaves but there are some picker piles if needed we could send one loader with 4 trucks to take care of it. This was earlier today this could change overnight. As of right now attention should be placed in area B and C.

### Ken Millen Appeal Results from HR

**Ward, Tonnie** <Tonnie.Ward@memphistn.gov>
Wed 9/23/2020 10:14 AM

**To:** Davis, Philip <Philip.Davis@memphistn.gov>; DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>; Lamar, Albert <Albert.Lamar@memphistn.gov>

Good Morning Delicia,

Hope all is well. I spoke with Director a few moments in regard to Kenneth Millen Appeal results.

Per Director Lamar, you would be reaching out to me at some point today to discuss. Ken and I are following up today at 2pm concerning finalizing his PIP and follow up on the Appeal.

If time permits, will you be able to follow up with me prior to my meeting with Ken? All cooperation received in this matter will be greatly appreciated.

Thank You,

Tonnie Ward

Get Outlook for iOS

## Accepted: Discuss - Out of Class Pay

**Ward, Tonnie** <Tonnie.Ward@memphistn.gov>
Fri 10/23/2020 5:33 PM

To: Lamar, Albert <Albert.Lamar@memphistn.gov>

### 26 October & 27 October Declined

**Ward, Tonnie** <Tonnie.Ward@memphistn.gov>

Mon 10/26/2020 11:49 AM

**To:** Lamar, Albert <Albert.Lamar@memphistn.gov>; Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Cc:** Davis, Philip <Philip.Davis@memphistn.gov>; Hardeman, Kim <Kim.Hardeman@memphistn.gov>

Director Lamar,

This email will be utilized as follow-up to confirm Terence Nickleberry dates referenced above were not approved. Terence contacted me earlier this morning and I advised him to report to work because as of Thursday, 22 October your answer to his request to be off on 26 Oct. / 27 Oct. were declined.

Terence has asked if he could take off early today due to it being other matters he must attend to and he has been advised not to. Terence has tried to contact you and has failed. Terence stated he would like to contact you and discuss his departure due to it being pre-planned; thus the request to be off.

If possible, please call him back upon receipt of this email.

V/R,

Tonnie Ward
Operations Administrator
Solid Waste Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: 901.636.6831
Mobile: 901.395.4942



https://outlook.office365.com/mail/id/AAQkAGO1ZiViM2I0LWE3ZiEtNGO5MC04YTZ...   6/14/2021

morning in a email B3

Today 4:38 AM

Good morning Mrs. Tonnie. I need to take a call in sick day. I been up all night and my chest is sore. I apologize for the inconvenience I put on you all.

> Yes Sir. Take care yourself.

> No sir. All will be fine. Rest! Thanks 

My doctor statement for yesterday

