## Absencev

Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Fri 7/10/2020 4:58 AM
**To:** Lamar, Albert <Albert.Lamar@memphistn.gov>

📎 1 attachments (271 KB)
file.jpeg;

Good Morning,

Rodney will not be in today either of the weekend (Saturday). His documentation approved his return for today, but he stated he would not be in and would take a sick day today.

All is well; however I'm anticipating this type of outcome to become frequent given his support needed in the absence of Ken and Terence.

Get Outlook for iOS

September 19, 2019 to present

- Fact Finding delayed due to employee neglecting to comply with instructions given. Other delayed occurrences pertaining to FMLA, ADAAA, OJI and payroll are ongoing performance issues. This has been an area that Ken selectively chooses when and who to discipline.

October 1, 2019 to present

- Report time, Punctuality, Preparedness: Employee has been coached and reiterated the importance of on-time arrival to work. Daily it's a failed attempt. Employee averages shift arrival between 6:08am-6:27am at least three to four times a week. Senior Leadership is aware of the tardy arrival and employee has been coached by immediate manager. These tardy arrivals are documented with the employee being cc on tardy notification emails.

November 2019 to present

- Crew Release validation is not completed. Employees time are NOT accurate most times (PTE). Ken does not validate and most times the hours work are more than actual. Operations Administrator has been required to validate for him. Ken fails to vet proper paper work for payroll matters; thus has caused delay in pay for employees more than twice. Continuous effort and support is given by immediate supervisor to coach and train Ken to improve in this area; however Ken refuses to comply

December 2019

- Ken and Yvonne Colbert were advised of the Respectful Workplace Policy for the use of profanity.

January 2020

- Ken failed to reprimand Antonia Thompson in accordance with policy. Ken had to be advised that if he continued to fail to develop or discipline employees that violated policy/ MOU that he would be held accountable for non-compliance and further disciplinary actions up to suspension

January 27, 2020

- Ken was observed by Operations Administrator allowing employees report to bunkroom/work without proper PPE. When addressed about the "noncompliance," Ken stated, "Tonnie we need to let these folks work! We need to leave them alone!" Ken was instructed to stop the employee time and inform them they must be in full uniform to work as policy requires. Ken awaited me to walk off, disregarding all that was explained to him. He allowed the employee to work after instructions were given. This violates Work Rules and Personnel Policy.

January 30, 2020

- Lost doctor statement for an employee and was untruthful about the matter. Employee was facing termination. It was found that Ken "dislikes," this employee and "selectively" close to

attempt to get her fired. Ken continued to deny he received the doctor statement and it was found he did acknowledge employee gave the document to him. Ken was asked to clean and tidy his office and refused to after the 2nd medical documentation was lost amongst the clutter. Kens immediate manager took the time to clean, file and tidy the office on the weekend to promote a professional environment and encourage Ken to become more organized.

January 2020- Present

- Untimely grievance submissions or loss of employee documentation that ultimately leads to re-occurring payroll issues, delays or non-payment. Shereka Hall medical documentation lost, Charles Netters Non-Payment, Eric Wilkerson grievance not submitted, etc.

February 2020

- Carlos Lee set to be dropped from role. Ken failed to follow administrative process to complete.
- Johnny Blue set to be dropped from role. Ken failed to follow administrative process to complete.
- Ken misconstrued information to employees after being told and explained not to. He did not want to suspend the employee because they have a friendship.
- Quality of Work and Compliance of Orders. Subordinates Evaluations, Employee Calendars and administrative timely report timing. (i.e. Johnny Blue, Carlos Lee, etc.)

February 4, 2020

- Bobby Arnett was advised to stop being Ken's personal chauffer/driver. Ken

February 13, 2020

- Ken submitted a very disparaging evaluation for Cheryl Pitchford and publicly blamed other members of management for her not receiving a promotion.

February 18, 2020

- Ken/Terence plot to disrupt operations was identified by Operations and communicated to Senior Leadership via email/conversation in meeting.
- Ken refused to change payroll for Johnny Blue who had been paid vacation leave rather than leave him in unpaid status and follow process to drop from payroll. Ken was reprimanded for which he refused to sign.

February 19, 2020 to present

- Ken consistently has to be reminded two (2) to six (6) time to respond to peers, EDI, HR, Payroll, etc. pertaining to matters in regard to FMLA, ADAAA, Vacation, Payroll, etc. Ken takes no ownership in doing his job right the 1st time.

February 21, 2020

- Ken refused to answer 1st step grievance and assist Supervisor in attempt to time out.

February 2020 to Present

- Ken has failed to provide accurate and correct information about split routes.
- Ken has failed to fairly assign employee/coverage.

March 2020

- Ken failed to reprimand Chiki Jeter in accordance with policy.
- Ken failed to reprimand Gerald Jefferies in accordance with policy.
- Ken was questioned about suspicious payout of Crewperson employees for hours the Operations Administrator knew were NOT worked. Ken was explained that "favors" with City of Memphis dollars will be viewed as theft and I reiterated the date and time when Director Lamar requested all Area Managers and Operations Administrators to report to report to City Hall after he observed OT hours "spiked" and the services were declining per dashboard.

March 6, 2020

- Respectful Workplace policy Violation, Insubordination and Conduct at Work. Failure to complete employee notification of employees' medical leave with FMLA

March 13, 2020

- Ken Millen was presented with  a signed petition from all of the employees of Midtown B3 Bunkroom advocating for more money for hazard pay and refusing to empty carts with Hazardous Material/chemical.  Ken failed to present this petition to Senior Leadership and held on to it.  Later that day and after an incident that resulted in a fatality, Ken notified Senior Leadership of the petition; which he soon took back and destroyed after the Support Administrator/Area Manager left the room.

March 17, 2020 to present.

- Daily Ken will not submit accurate or timely Midday and End of Day data via email to required parties.  He refuses to do so.  Documents via emails and coaching and submit data, Tardy arrival of employee to bunkers and/ or take notice to his assigned area. Ken will not comply. SRs not addressed on time or at all.

March 23, 2020

- Coached the employee concerning OT submittal and proper validation of hours spent. Employees were being paid that were not in attendance due to employee failure to vette request or submit in timely manner

March 31, 2020 to present

- Employee fails to validate Payroll for Area and multiple errors / corrections

April 2020 to present

- Continued communication with former employee Anthony Woodard and repeating various threats such as "They [Director Lamar/Tonnie Ward] aren't going to be there that long" and other comments that were allegedly discussed during his tenure. Ken said Anthony said that Anthony was going to let Director Lamar "bump his head." Ken Millen orchestrated a secret meeting at the Benjamin Hooks Library with North Sector Peers to compile letters and statements for Shirley Johnson to type up. This information was intended to lead to the termination Operations Administrator Tonnie Ward.
- Ken failed to reprimand Curtis Young in accordance with policy

April 7, 2020

- Identified re-training needed to assist employee with declining performance in operational, administrative and professional expectation's due to frequent occurrences of performance failures

May 2020

- Ken sat in a Fact-Finding Hearing with a peer (Zone Supervisor), Shirley Johnson, and kicked her foot under the table and make eye gestures stating, "They gone get her!!" "Ooh Wee, they gone get her." He was referring to the "they" is employee/AFSCME are going to get Tonnie. Shirley made a statement and noted his conduct was unprofessional. This made her uncomfortable and she wanted no part of it.
- Ken had to be advised again of the Respectful Workplace policy regarding the use of profanity.
- Ken presented untrue information to Cheryl Pitchford about the newly open Zone Supervisor position after Bret Donelson decided to return to previous position. His untruthfulness and encouragement to employee to file charges with attorney. Received from information he stated during a meeting with Senior Leadership.

May 1, 2020

- Employee assigned the task of monthly lot check for SW Fleet. Employee completed 2 lot checks the entire month

May 8, 2020

- Nicholas Ester was observed dropping off employees prior to going to the landfill. Ken allowed crewchief to go to disposal facilities without crewpersons in violation of policy.
- Respectful Work Place Policy, Insubordination, Conduct at Work. Conference Room Occurrence after being advised of changes within operation

May 18, 2020

- Ken Millen reached out to me via phone advising that a crew had reported to the lot Crewpersons were being released while the Crew Chief drove off the lot. I immediately asked Ken where he was and if he witnessed this why was it not addressed. He stated he was on the

lot. I stated stay there. I worked up, stopped the Crew Chief. I asked the Crew Chief to pull back to the lot. The Crew Chief complied. I could view the Crew released and the Crewperson signed out at 10:27 a.m. I explained the policy about Landfill/MRF travel to Crew Chief. He advised that he had NEVER been told that and Ken was well aware that he and his crew always came in, signed out and he drove to the Landfill/MRF ALONE. I put all parties back in front of one other with Ken and Bret Donaldson. All employees confirmed Ken knew of this practice and condoned it. Today, he was upset and wanted to pick on them. Ken explained to me he knew nothing of what was alleged. Later that day (Crewperson) other Crew Chiefs advised Ken allowed this type of behavior. I addressed Ken. I explained to him what was told by all other employees with Herbert James present that he was aware. I receded the Oral Reprimand the employees received. Ken was found to be untruthful. Bret just didn't know.

## May 21, 2020

- Ken stated "This 'mother F#$% man' [Eric Wilkerson] has done backed David into a parked car." Tonnie asked Ken to stop cursing so she could put him on speaker phone. Tonnie put Ken on speaker phone with Director Lamar. Ken described the accident to Tonnie and Director Lamar. He was instructed to get statements from 3 employees, and later reported 2 employees refused to provide statements. During the Fact Finding, Ken recanted that the employees refused to give statements and denied describing the accident as he had to Tonnie and Director Lamar.

- Ken deliberately withheld information concerning an incident with two (2) CP employees and result caused all employee to be issued a ten (10) day suspension for the behavior after he learned of the violation he was being "accused" of violating. Ken gave a sign (typed) statement the day of and a detail conversation to Director Lamar a type of violation and he knew he was not being truthful.

## May 26, 2020

- Tony Christian to be dropped from role. Ken failed to follow administrative process to complete.

## May 28, 2020

- Otis Tidwell to be dropped from role. Ken failed to follow administrative process to complete.

## June 2020 to present

- Intentionally makes statements that undermine management such as "I don't know why they're doing this" or "I'm going to let it be what it is."
- Ken failed to reprimand Curtis Young in accordance with policy.

- Ken instructed a Crewperson employee to report to Operations Administrator to question me about paying him four (4) hours OT after he reported to the installation at 3:17 p.m. I (Operations Administrator) explained to Area Manager (Ken) and Zone Supervisors on employee working (11 minutes) OT. Employee advised he is always paid four (4) hours if he works it or not. I explained; NO, I will round to the next hour "ONLY." You were on the lot for 10 minutes

after 3 pm. Ken is friends with this employee as well as his PTE for personal lawn services; therefor he's paying him OT NOT worked with the City money.

- Ken report to Downtown Crew information conveyed in Operations Administrator meeting of future actions to take to create Performance and Productivity of employer (Service Quality)

June 5, 2020

- Conduct at Work, Integrity, Respectful Work Place. Rant in Foyer of North Sector using Profanity while exclaiming that senior leadership does not know what's going on and an employee was term 6 hours and now has to get job back.

June 11, 2020

- Employee selectively chose to not follow policy to drop an employee from roll who violated MOU and other policies due to outside relationship. This was the employee 3rd time violating attendance policy

June 12, 2020

- Failed to submit grievance respond intentionally after verbiage was communicated on the 5 June. Employee made comments concerning the AFSCME union not be pleased with a peer

June 17, 2020

- Conduct at Work; refused to answer he cell phone and made reference in hallway that his phone was a personal phone and he would answer when he wanted to. Employee was asked to activate a City Phone and still has failed to do so

June 22, 2020

- Truthfulness: Insubordination: Employee was untruthful about an incident and concealed information for peer that contradicted instructions given by senior leadership

June 23, 2020

- Conduct at Work, Teamwork Integrity. Consistent combativeness when discussions are reference to staffing shortages. Director Lamar had to command employee to sit and not walk towards him yelling.

- Profanity Employee was given an oral counsel/ coaching on the use of profanity while engaging with employees and his subordinates. Employee advised he acknowledged and was given Respectful Work Place Policy
- Quality of Work; Failure to submit correspondence to Director Lamar pertaining to SLAs. This is an Ongoing

June 24, 2020

- Integrity, Truthfulness. During AFSME 3rd Step untruthful statements made about the events that led to an employee being POST Accident Non –DOT Drug Tested and the comments pertaining to the employee not giving a statement

June 26, 2020

- 3rd Request sent via email asking for correspondence to email data requested of Senior Leadership; No Response/No Resolve

June 29, 2020

- Respectful Workplace, Conduct at Work. Employee attempted to reference comments pertaining to past employee about reprimand issuance. Employee refused to comply and answer inquiries pertaining to performance improvement needed for his future success in the role of Area Manager

Date?? – Ken failed to reprimand John Brown in accordance with policy.

On Going

- Ken will not address or require Supervisor assigned to him to safety violations. He has been observed by Operations Administrator walking by employee smoking, horse playing etc. and not address. (03/2020, 052020, 06/2020) Operations Administrator addresses; no oral documents were generated by Manager/Supervisor.
- Ongoing for months; Ken is asked via emails, text and verbally to submit required dates and documentation for EOD reporting to Senior Leadership. He refuses to comply.
- Timeliness is of the essence. Ken has "NO' sense of urgency; He inputs incorrect data frequently, he pays no attention to detail and has been coached and retrained on going for months.
- Ken is asked via email, text and verbally to submit required data and documentation for shift execution. He fails to do so daily.
- Ken's punctuality does not meet expectations "Presence." He cannot report to work on time. This matter has been addressed several times. Ken states, he works at FedEx and he has a lawn service so he's tired. I had Ken re-sign a memo.



# City of Memphis
## Division of Solid Waste
## Fact Finding Notification and Hearing

July 15, 2020

| | | | |
|---|---|---|---|
| Delivered by: | **Hand Delivered** | | |
| Employee: | Kenneth Allen Millen | Job Classification: Area Collections Manager | |
| Location: | Bellevue/ Midtown | Hire Date:  February 23, 2004 | |
| Hearing Date: | Friday, July 17, 2020 | | |

## Statement of Particulars of How Employee allegedly violated the above.

It is my responsibility to inform you of charges that have been made against you. These charges are the direct result of your failure to follow proper administrative actions as it pertained to a FT employee (Otis Tidwell Jr.) continuous attendance policy violations.

This employee was documented absent from work thirteen consecutive days without any pre- authorization or approval from his immediate supervisor or area manager. This employee (Mr. Tidwell) should have been dropped from payroll after the employee failed to contact the supervisor on the third consecutive day of absence. The employee failed report to work as scheduled or submitted documentation for the unapproved absence.

In addition, you failed to follow proper protocol from employees that are not in attendance. This employee exceeded the allotted number of days without authorization without pay.

In order to ensure the accuracy of these charges, a thorough investigation will take place and a Fact-Finding Hearing will be held July 17, 2020; which granted you an opportunity to provide feedback and present documentation to refute the charges/ violations against you and the consistent re-occurrence of these type violations.

**These charges that form the basis of the Fact-Finding Investigative Hearing are listed below and will serve as notice for the possible violation(s) of the following:**

1. <u>VIOLATION OF THE CITY OF MEMPHIS PERSONNEL MANUAL</u>

   SECTION PM 38-02 GROUNDS FOR DISCIPLINARY ACTION

   which states, employees of City of Memphis government who fail to abide by established rules are subject to disciplinary action.

ITEM #1:  Employee has violated a provision set forth in the City of Memphis Personnel Manual Policies and Procedures or a provision set forth by the employee's Division or department.

ITEM #2:  The employees has violated a lawful regulation or order, or refused to accept an assignment from an authorized supervisor and the failure to obey amounts to insubordination.

ITEM #3:  The employee is incompetent, inefficient, and unprofessional in demonstrated work performance of their assigned job duties.

ITEM #30: A supervisor, who has knowledge that an employee under their supervisor has violated any policies set forth by the City of Memphis Government, and who fails to take appropriate action, shall be subject to disciplinary action, up to and including termination.

2.  VIOLATION OF THE SOLID WASTE MANAGEMENT WORK RULES

### ARTICLE 1: GENERAL RULES OF CONDUCT

SECTION 1.14: QUALITY AND QUANTITY OF WORK

a.  Employees' quality of work is substandard as compared to division/ departmental goals and the standards achieved by other employees. Employee has a high incident rate of negative factors involving errors and omissions in the quality of their work.
b.  Employees' quantity of work is substandard as compared to division/ department goals and the standards demanded of the job as compared to other employees performing similar work.

### ARTICLE 2: CONDUCT AT WORK

SECTION 2.02 COMPLIANCE OF ORDERS
Employees shall comply with all orders of supervisors and other approved authorities. Employees shall perform all orders as requested and directed in a prompt and efficient manner. Employees shall not verbally abuse supervisors because of orders given, nor unreasonably question or fail to perform work or directives given.

These charges arise from the following incidents(s):

On May 18, 19, 20, and 21 Otis Tidwell did not report to work and failed to submit any medical documentation to excuse these absences. As this employee immediate manager, you failed to follow protocol with properly documenting the employee absence in a timely manner or moving forward with proper discipline for this employee. Your decision was to code this employee sick without any documentation on the fourth consecutive day of absence and not drop him from roll or record the 8th call in sick day. On May 22-May 29, the employee was coded LWOP-U and there was no documentation submitted for these unexcused absences.

June 1-June 4 the employee was coded LWOP-U with no documentation covering the unexcused absence. June 5, 2020 the employee attempted to return to work and you relived Otis Tidwell of duty pending a FF Hearing scheduled for June 12, 2020.

June 12, 2020 Otis Tidwell arrived for the FF Hearing scheduled for 2pm; however you were in the field and he awaited your arrival along with the arrival of his steward representative Roy Britt. You arrived at approximately 2:40pm after being made aware the AFSCME representative advised representation would not be present until Gail Tyree was notified.  FF Hearing was rescheduled.

Ken Millen-Fact Finding
July 17, 2020

The Fact-Finding Hearing is to be held on:

- **Date: July 17, 2020**
- **Time: 4:00 PM**
- **Location:  1514 N. Bellevue**

**Respectfully,**

_____

**Tonnie Ward, Operations Administrator**
**Solid Waste Management**

cc:

Albert Lamar, Director Solid Waste
Philip Davis, Deputy Director, Solid Waste Management
Delicia DeGrafreed, Support Administrator
Tonnie Ward, Operations Administrator
Kimberly Hardeman, Interim Administrator
EDI/Labor Relations:
Kimberly N. Taylor, Diversity & Inclusion Coordinator
Gregory D. Bethel, Diversity & Inclusion Coordinator
Personnel File:

<u>STATEMENT OF PARTICULARS OF HOW EMPLOYEE ALLEGEDLY VIOLATED THE ABOVE, LIST THE QUESTIONS ASKED OF THE EMPLOYEE AND INCLUDE THE RESPONSE TO EACH QUESTION.</u>

**On Behalf of the City**
Ken Millen; Employee Charged
Tonnie Ward; Operations Administrator
Philip Davis; Support Administrator

Question #1:

Question #2:

Employee Response:

Question #3:

Employee Response:

Question #4

Employee Response:

Question #5:

Employee Response:

Question #6:

Ken Millen-Fact Finding
July 17, 2020

Question #7:

   Employee Response:

Question #8:

   Employee Response:

Question #9:

   Employee Response:

Question #10:

   Employee Response:

Question #11:

   Employee Response:

Question #12:

   Employee Response:

Question #13:

   Employee Response

Question #14:

   Employee Response:

Question #15:

   Employee Response:

Question #16

   Employee Response:

Question #17:

   Employee Response:

Question #18

   Employee Response:

*Question #19:

Employee Response:

Decision and Reasoning

Please be informed that the Decision results will be for you to receive a :

## APPEAL RIGHTS

Additionally, any employee holding a position not exempted from the provision of Article 34, Civil Service, and not in the initial probationary period, who has been suspended in excess of ten (10) days, terminated or demoted, may appeal to Civil Service Commission within ten (10) calendar days after notification in writing of such action. In the event or multiple suspensions, only that suspension which causes the total number of days suspended to exceed five (5) days within a six (6) month period, and any subsequent suspensions within said period shall be appealable to the Commission.

The mailing address is:

**CIVIL SERVICE COMMISSION**
**HUMAN RESOURCES DIVISION, ADMINISTRATION OFFICE, RM 406**
**CITY HALL, 125 N. MAIN STREET**
**MEMPHIS, TENNESSEE 38103**
**Attn: Equity, Diversity and Inclusion**

## Meeting with Tonnie

**Suttlar, Erika** <erika.suttlar@memphistn.gov>

Fri 6/4/2021 3:43 PM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>

## Re: Teams Invite

**Ward, Tonnie <Tonnie.Ward@memphistn.gov>**

Mon 6/7/2021 11:12 AM

**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>

Ms. Erika,

Can you please send me a TEAMS invite the 1pm discussion today? I do not have my City vehicle to drive to City Hall. I can access the call through TEAMS.

*Tonnie M. Ward*
*Operations Administrator*
*Division of Solid Waste Collections*
*City of Memphis*
*125 Main Street, 6th Floor – Room 628*
*Memphis, TN 38103*
*901.636.6831 Office*
*901.395.4942 Mobile*
*901.636.9893 Fax*
tonnie.ward@memphistn.gov

## RE: Re: Teams Invite

### Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Mon 6/7/2021 11:18 AM

**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>

Report number for the Threats made by Mr. James Sherrod on 1 June via text and calls....**2106001210ME**

-
Officer Crocker, E. Badge # 12108

Reporting to Madison Ave this afternoon at 2pm to proceed with having an Order of Protection activated against the former CoM employee for the threats.

**From:** Suttlar, Erika
**Sent:** Monday, June 7, 2021 11:14 AM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: Re: Teams Invite

Will do.  Also, please have the MPD report number handy.  We need this to complete our part.

*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
*erika.suttlar@memphistn.gov*
                    ***Stay Positive.  Test Negative.***

**From:** Ward, Tonnie
**Sent:** Monday, June 7, 2021 11:13 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Re: Teams Invite

Ms. Erika,

Can you please send me a TEAMS invite the 1pm discussion today? I do not have my City vehicle to drive to City Hall. I can access the call through TEAMS.

*Tonnie M. Ward*
*Operations Administrator*
*Division of Solid Waste Collections*
*City of Memphis*
*125 Main Street, 6th Floor – Room 628*

*Memphis, TN 38103*
*901.636.6831 Office*
*901.395.4942 Mobile*
*901.636.9893 Fax*
tonnie.ward@memphistn.gov

## 1/1 with Tonnie

### Suttlar, Erika <erika.suttlar@memphistn.gov>
Thu 6/3/2021 12:20 PM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>

## Accepted: 1/1 with Tonnie

Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Thu 6/3/2021 12:25 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>

## Re: 1/1 with Tonnie

Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Fri 6/4/2021 3:35 AM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Good Morning Ms. Erika,

I'll be meeting with MPD investigator today  at this time during my lunch hour concerning
Mr. James Sherrod threats via text message and calls in order to move forward with filing an
order of protection against this individual.

Therefore, I will not be reporting to City Hall to meet with you.  Please accept my advance
apology for any inconvenience this decline has been with your schedule.

I understood your stance and comments in the email correspondence when stated there
was nothing more City of Memphis HR could do pertaining to the newest threats made by
Mr. James Sherrod to cause me harm.

However, I would like for City of Memphis Solid Waste Management Division HR / EDI to
annotate the most recent threat and harassment from this individual along with the threats
made verbally on the following dates by his affiliate:

September 2020
October 2020
November 2020
December 2020

as it related to another subordinate spouse advising harm would be bestowed upon me by
her.

 This individual and Mr. James Sherrod have very close ties and for Mr. Sherrod to come
from thin air with threats and allegations towards me this week is VERY alarming.

On the advisement of CoM leadership I did not move forward with filing charges with
proper authorities on Tequila Holmes Nickelberry, due to the ongoing investigation and
various erroneous allegations and charges that were filed against me by this person's
spouse; however James Sherrod's actions cannot be dismissed.

James Sherrod has very close affiliation with these individuals and my safety and well-being
is my priority.

As I reflect back, it's evident now I should have moved forward with proper authorities for
the threats we all were informed of four separate occasions in 2020.

As I stated in previous email, I'm totally in awe. I've never experienced anything like this in my professional or military career and it seems never ending
at this point.

As recent as the TEAMS call last month, and the derogatory remarks made in open forum spoke volumes.

As you advised me then to continue to take the high road; I am.

However, it proves now more than ever not just my character or livelihood is still under attack and being threatened, it's my safety and well-being.

All for NOTHING. I'm a human being as well; with family and friends that love and care about my well-being.

All I want to do is as I've done since Monday, August 19, 2019 report to work, perform my job tasks and go home.

At no point should ANYONE endure what I've had to all because of the actions of another.

It's unethical, unprofessional and at this point dangerously inhumane. Again, all for nothing.

Tonnie


Get Outlook for iOS

---

**From:** Ward, Tonnie
**Sent:** Thursday, June 3, 2021 12:25:52 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Accepted: 1/1 with Tonnie
**When:** Friday, June 4, 2021 2:00 PM-3:00 PM.
**Where:** Erika's office

## Re: 1/1 with Tonnie

Suttlar, Erika <erika.suttlar@memphistn.gov>

Fri 6/4/2021 8:37 AM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>

I understand. However, the meeting today was to offer additional support, offer further cooperation with the police, initiate a no-trepass, etc

Tonnie, you don't do this alone. We will support you in any manner we can.  The email was that I can't discipline him because he was no longer employed.

I scheduled this meeting to support you in this matter.

Please let me know how you would like to proceed.

Thanks,

Get Outlook for iOS

**From:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Sent:** Friday, June 4, 2021 3:35:11 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Re: 1/1 with Tonnie

Good Morning Ms. Erika,

I'll be meeting with MPD investigator today  at this time during my lunch hour concerning Mr. James Sherrod threats via text message and calls in order to move forward with filing an order of protection against this individual.

Therefore, I will not be reporting to City Hall to meet with you.  Please accept my advance apology for any inconvenience this decline has been with your schedule.

I understood your stance and comments in the email correspondence when stated there was nothing more City of Memphis HR could do pertaining to the newest threats made by Mr. James Sherrod to cause me harm.

However, I would like for City of Memphis Solid Waste Management Division HR / EDI to annotate the most recent threat and harassment from this individual along with the threats made verbally on the following dates by his affiliate:

September 2020
October 2020
November 2020

December 2020

as it related to another subordinate spouse advising harm would be bestowed upon me by her.

This individual and Mr. James Sherrod have very close ties and for Mr. Sherrod to come from thin air with threats and allegations towards me this week is VERY alarming.

On the advisement of CoM leadership I did not move forward with filing charges with proper authorities on Tequila Holmes Nickelberry, due to the ongoing investigation and various erroneous allegations and charges that were filed against me by this person's spouse; however James Sherrod's actions cannot be dismissed.

James Sherrod has very close affiliation with these individuals and my safety and well-being is my priority.

As I reflect back, it's evident now I should have moved forward with proper authorities for the threats we all were informed of four separate occasions in 2020.

As I stated in previous email, I'm totally in awe. I've never experienced anything like this in my professional or military career and it seems never ending
at this point.

As recent as the TEAMS call last month, and the derogatory remarks made in open forum spoke volumes.

As you advised me then to continue to take the high road; I am.

However, it proves now more than ever not just my character or livelihood is still under attack and being threatened, it's my safety and well-being.

All for NOTHING. I'm a human being as well; with family and friends that love and care about my well-being.

All I want to do is as I've done since Monday, August 19, 2019 report to work, perform my job tasks and go home.

At no point should ANYONE endure what I've had to all because of the actions of another.

It's unethical, unprofessional and at this point dangerously inhumane. Again, all for nothing.

Tonnie

Get Outlook for iOS

**From:** Ward, Tonnie
**Sent:** Thursday, June 3, 2021 12:25:52 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Accepted: 1/1 with Tonnie
**When:** Friday, June 4, 2021 2:00 PM-3:00 PM.
**Where:** Erika's office

## RE: 1/1 with Tonnie

Suttlar, Erika <erika.suttlar@memphistn.gov>
Fri 6/4/2021 4:01 PM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Good Afternoon, Tonnie,

I had set a meeting today to discuss the matters you reported this week regarding James Sherrod and the matters stated in this email. I will reschedule the meeting for Monday at 1:00 pm and we will discuss all of these points as we take them seriously.

I look forward to speaking with you then.

Thanks,
*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
*erika.suttlar@memphistn.gov*

### *Stay Positive.  Test Negative.*

**From:** Ward, Tonnie
**Sent:** Friday, June 4, 2021 3:35 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Re: 1/1 with Tonnie

Good Morning Ms. Erika,

I'll be meeting with MPD investigator today  at this time during my lunch hour concerning Mr. James Sherrod threats via text message and calls in order to move forward with filing an order of protection against this individual.

Therefore, I will not be reporting to City Hall to meet with you.  Please accept my advance apology for any inconvenience this decline has been with your schedule.

I understood your stance and comments in the email correspondence when stated there was nothing more City of Memphis HR could do pertaining to the newest threats made by Mr. James Sherrod to cause me harm.

However, I would like for City of Memphis Solid Waste Management Division HR / EDI to annotate the most recent threat and harassment from this individual along with the threats made verbally on the following dates by his affiliate:

September 2020
October 2020
November 2020
December 2020

as it related to another subordinate spouse advising harm would be bestowed upon me by her.

This individual and Mr. James Sherrod have very close ties and for Mr. Sherrod to come from thin air with threats and allegations towards me this week is VERY alarming.

On the advisement of CoM leadership I did not move forward with filing charges with proper authorities on Tequila Holmes Nickelberry, due to the ongoing investigation and various erroneous allegations and charges that were filed against me by this person's spouse; however James Sherrod's actions cannot be dismissed.

James Sherrod has very close affiliation with these individuals and my safety and well-being is my priority.

As I reflect back, it's evident now I should have moved forward with proper authorities for the threats we all were informed of four separate occasions in 2020.

As I stated in previous email, I'm totally in awe. I've never experienced anything like this in my professional or military career and it seems never ending
at this point.

As recent as the TEAMS call last month, and the derogatory remarks made in open forum spoke volumes.

As you advised me then to continue to take the high road; I am.

However, it proves now more than ever not just my character or livelihood is still under attack and being threatened, it's my safety and well-being.

All for NOTHING. I'm a human being as well; with family and friends that love and care about my well-being.

All I want to do is as I've done since Monday, August 19, 2019 report to work, perform my job tasks and go home.

At no point should ANYONE endure what I've had to all because of the actions of another.

It's unethical, unprofessional and at this point dangerously inhumane. Again, all for nothing.

Tonnie

Get Outlook for iOS

**From:** Ward, Tonnie
**Sent:** Thursday, June 3, 2021 12:25:52 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Accepted: 1/1 with Tonnie
**When:** Friday, June 4, 2021 2:00 PM-3:00 PM.
**Where:** Erika's office

## RE: 1/1 with Tonnie

### Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Fri 6/4/2021 5:14 PM

**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>

Ms. Erika,

The day I received the email from you advising there was mothing CoM could do I understood; however I began taking care of this matter on my own with the assistance of legal. I have taken the necessary steps to move forward with these threats and others. The day of the initial notification I reported to the authorities and I have set in motion all I needed to handle the matter appropriately and expeditiously.

MPD has been very helpful and I am set to report to Madison Ave Monday to file the restraining order on Mr. Sherrod; which is best at this point.

As I stated in the email earlier, James Sherrod and others affiliation with a CoM leader of management that not only filed erroneous charges against me (Harassment, Retaliation & Hostile Work Environment), boasted and acknowledge in staff meeting & HR closed door that his spouse was going to harm me, worked with Union Labor to file charges on me concerning (Oshawn Smith) and still openly admits on parking lots (this week) and GS lots that he's going to take me down, makes nasty outbursts on TEAMS calls, etc. all is proven this saga will not end.

Ms. Erika as positive minded as I am, I am not sure what a sit-down to discuss all the old or new threats and untruths will do at this point. I've always taken this entire matter very seriously, but the untruths and threats has went unaddressed for far too long and must stop; which it seems it will not until the distain and hate for me reaches the desired pinnacle point of the destruction of me!

It's exhausting and has been going on for over a year. From Dec 2020 notifying I was accused of harassment, etc., the past 6 months the investigation of the allegations from hourly/ salary, AFSCME, etc. It's utterly ridiculous.

I would prefer to allow authorities and legal to handle these matters and any future other due to doubt I have that I can ever be treated fairly in regard to all that has transpired. I just want it to stop.

Thanks you for your willingness to **re-discuss** all of this madness; no pun intended; however my physical or mental state just can't take it! I can no longer regurgitate all that has transpired form March 16, 2020 until present day.

**From:** Suttlar, Erika
**Sent:** Friday, June 4, 2021 4:01 PM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: 1/1 with Tonnie

Good Afternoon, Tonnie,

I had set a meeting today to discuss the matters you reported this week regarding James Sherrod and the matters stated in this email. I will reschedule the meeting for Monday at 1:00 pm and we will discuss all of these points as we take them seriously.

I look forward to speaking with you then.

Thanks,

*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov

*Stay Positive. Test Negative.*

**From:** Ward, Tonnie
**Sent:** Friday, June 4, 2021 3:35 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Re: 1/1 with Tonnie

Good Morning Ms. Erika,

I'll be meeting with MPD investigator today at this time during my lunch hour concerning Mr. James Sherrod threats via text message and calls in order to move forward with filing an order of protection against this individual.

Therefore, I will not be reporting to City Hall to meet with you. Please accept my advance apology for any inconvenience this decline has been with your schedule.

I understood your stance and comments in the email correspondence when stated there was nothing more City of Memphis HR could do pertaining to the newest threats made by Mr. James Sherrod to cause me harm.

However, I would like for City of Memphis Solid Waste Management Division HR / EDI to annotate the most recent threat and harassment from this individual along with the threats made verbally on the following dates by his affiliate:

September 2020
October 2020
November 2020
December 2020

as it related to another subordinate spouse advising harm would be bestowed upon me by her.

This individual and Mr. James Sherrod have very close ties and for Mr. Sherrod to come from thin air with threats and allegations towards me this week is VERY alarming.

On the advisement of CoM leadership I did not move forward with filing charges with proper authorities on Tequila Holmes Nickelberry, due to the ongoing investigation and various erroneous allegations and charges that were filed against me by this person's spouse; however James Sherrod's actions cannot be dismissed.

James Sherrod has very close affiliation with these individuals and my safety and well-being is my priority.

As I reflect back, it's evident now I should have moved forward with proper authorities for the threats we all were informed of four separate occasions in 2020.

As I stated in previous email, I'm totally in awe. I've never experienced anything like this in my professional or military career and it seems never ending
at this point.

As recent as the TEAMS call last month, and the derogatory remarks made in open forum spoke volumes.

As you advised me then to continue to take the high road; I am.

However, it proves now more than ever not just my character or livelihood is still under attack and being threatened, it's my safety and well-being.

All for NOTHING. I'm a human being as well; with family and friends that love and care about my well-being.

All I want to do is as I've done since Monday, August 19, 2019 report to work, perform my job tasks and go home.

At no point should ANYONE endure what I've had to all because of the actions of another.

It's unethical, unprofessional and at this point dangerously inhumane. Again, all for nothing.

Tonnie


Get Outlook for iOS

**From:** Ward, Tonnie
**Sent:** Thursday, June 3, 2021 12:25:52 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Accepted: 1/1 with Tonnie
**When:** Friday, June 4, 2021 2:00 PM-3:00 PM.
**Where:** Erika's office

## Sit Down

Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Thu 6/3/2021 7:47 AM

**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>

Ms. Erika,

I'm not sure what your calendar looks like tomorrow or Monday, but respectfully I want to speak with you briefly pertaining to a few of this week's events and my inquiry on yesterday.

Literally, this is very important to me to discuss these concerns with you prior to moving forward with any other conversation w/o following CoM protocol.

Thanks,
Tonnie

Get Outlook for iOS

## RE: Sit Down

**Suttlar, Erika <erika.suttlar@memphistn.gov>**

Thu 6/3/2021 7:54 AM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Tonnie,

I am happy to sit down with you.  I tried calling you this morning after I didn't hear from you yesterday.  Will tomorrow @ 1p work for you?

*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
*erika.suttlar@memphistn.gov*

*Stay Positive.  Test Negative.*

**From:** Ward, Tonnie
**Sent:** Thursday, June 3, 2021 7:48 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Sit Down

Ms. Erika,

I'm not sure what your calendar looks like tomorrow or Monday, but respectfully I want to speak with you briefly pertaining to a few of this week's events and my inquiry on yesterday.

Literally, this is very important to me to discuss these concerns with you prior to moving forward with any other conversation w/o following CoM protocol.

Thanks,
Tonnie

Get Outlook for iOS

## Re: Sit Down

**Ward, Tonnie** <Tonnie.Ward@memphistn.gov>
Thu 6/3/2021 8:29 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>

Thank you. My apologies, I was not in a very clear head space upon leaving the facilities last might( therefore a few calls were missed.

I'm working with MPD concerning the most recent threat and literally I'm just in awe.

Get Outlook for iOS

---

**From:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Sent:** Thursday, June 3, 2021 7:54:26 AM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: Sit Down

Tonnie,

I am happy to sit down with you.  I tried calling you this morning after I didn't hear from you yesterday.  Will tomorrow @ 1p work for you?

*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov

**Stay Positive.  Test Negative.**

**From:** Ward, Tonnie
**Sent:** Thursday, June 3, 2021 7:48 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Sit Down

Ms. Erika,

I'm not sure what your calendar looks like tomorrow or Monday, but respectfully I want to speak with you briefly pertaining to a few of this week's events and my inquiry on yesterday.

Literally, this is very important to me to discuss these concerns with you prior to moving forward with any other conversation w/o following CoM protocol.

**RE:**

Suttlar, Erika <erika.suttlar@memphistn.gov>
Thu 6/3/2021 7:55 AM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>

I wanted to speak to you about it and how the City can assist.

*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
*erika.suttlar@memphistn.gov*

*Stay Positive.  Test Negative.*

**From:** Ward, Tonnie
**Sent:** Thursday, June 3, 2021 5:12 AM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:**

Do you need/ require anything else gi this matter ?

Get Outlook for iOS

**Threats via Text ; Continued Calls**

Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Tue 6/1/2021 3:05 PM
**To:**  Jones, Darius <Darius.Jones@memphistn.gov>

You fired me for No dam reason.I am Man enough to accept what I can't change....but Me Wanting for MY MONEY.brings a very different and unique TRUTH. it's bn 3months.please release me from your payroll so I can move on you and Tyrone Davis (a Union rep) has railed road my Career and now holding my money for ova 3months.. Respectfully Stop your madness ,I don't want to work for corrupting and system manipulating people.. Not Asking you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with people Life the way your are..You Are very unthoughtful and should be shame how you Do your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't Rest..GOD Bless you and I hope you find him soon.😒 The Devil is bizzy.


Sent from my iPhone

## FW: Threats via Text ; Continued Calls

**Jones, Darius <Darius.Jones@memphistn.gov>**
Wed 6/2/2021 3:14 PM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Cc:** Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>

Tonnie,

Can you please identify who sent you the text message?

Thanks

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a follow up. I did inform her that I sent it up to HR to review and that Erika will be in tomorrow.

Thanks

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks

-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't change....but Me Wanting for MY MONEY.brings a very different and unique TRUTH. it's bn 3months.please release me from your payroll so I can move on you and Tyrone Davis (a Union rep) has railed road my Career and now holding my money for ova 3months.. Respectfully Stop your madness ,I don't want to work for corrupting and system manipulating people.. Not Asking you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with people Life the way your are..You Are very unthoughtful and should be shame how you Do your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't Rest..GOD Bless you and I hope you find him soon.😩🫷😔 The Devil is bizzy.

Sent from my iPhone

## RE: Threats via Text ; Continued Calls

Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Wed 6/2/2021 3:17 PM

**To:** Jones, Darius <Darius.Jones@memphistn.gov>
**Cc:** Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>

James Sherrod. He has continued to call and stopped yesterday by 8pm and sent a final text.

-----Original Message-----
From: Jones, Darius
Sent: Wednesday, June 2, 2021 3:15 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Tonnie,

Can you please identify who sent you the text message?

Thanks

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a follow up. I
did inform her that I sent it up to HR to review and that Erika will be in tomorrow.

Thanks


-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks


-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't change....but Me
Wanting for MY MONEY.brings a very different and unique TRUTH. it's bn 3months.please
release me from your payroll so I can move on you and Tyrone Davis (a Union rep) has railed
road my Career and now holding my money for ova 3months.. Respectfully Stop your
madness ,I don't want to work for corrupting and system manipulating people.. Not Asking
you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with
people Life the way your are..You Are very unthoughtful and should be shame how you Do
your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't
Rest..GOD Bless you and I hope you find him soon.👊🏾🖕😊 The Devil is bizzy.

Sent from my iPhone

## RE: Threats via Text ; Continued Calls

Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Wed 6/2/2021 3:17 PM

To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>

James Sherrod. He has continued to call and stopped yesterday by 8pm and sent a final text.

-----Original Message-----
From: Jones, Darius
Sent: Wednesday, June 2, 2021 3:15 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Tonnie,

Can you please identify who sent you the text message?

Thanks

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a follow up. I
did inform her that I sent it up to HR to review and that Erika will be in tomorrow.

. Thanks


-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks


-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't change....but Me
Wanting for MY MONEY.brings a very different and unique TRUTH. it's bn 3months.please
release me from your payroll so I can move on you and Tyrone Davis (a Union rep) has railed
road my Career and now holding my money for ova 3months.. Respectfully Stop your
madness ,I don't want to work for corrupting and system manipulating people.. Not Asking
you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with
people Life the way your are..You Are very unthoughtful and should be shame how you Do
your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't
Rest..GOD Bless you and I hope you find him soon.😠🙄😊 The Devil is bizzy.

Sent from my iPhone

## RE: Threats via Text ; Continued Calls

Suttlar, Erika <erika.suttlar@memphistn.gov>

Wed 6/2/2021 3:18 PM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>;
**Cc:** Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>

Tonnie,

Would you call me to give me context around this situation?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Ward, Tonnie
Sent: Wednesday, June 2, 2021 3:18 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip
<Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

James Sherrod. He has continued to call and stopped yesterday by 8pm and sent a final text.

-----Original Message-----
From: Jones, Darius
Sent: Wednesday, June 2, 2021 3:15 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip
<Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Tonnie,

Can you please identify who sent you the text message?

Thanks

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a follow up. I
did inform her that I sent it up to HR to review and that Erika will be in tomorrow.

Thanks

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks

-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't change....but Me Wanting for MY MONEY.brings a very different and unique TRUTH. it's bn 3months.please release me from your payroll so I can move on you and Tyrone Davis (a Union rep) has railed road my Career and now holding my money for ova 3months.. Respectfully Stop your madness ,I don't want to work for corrupting and system manipulating people.. Not Asking you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with people Life the way your are..You Are very unthoughtful and should be shame how you Do your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't Rest..GOD Bless you and I hope you find him soon.⚙️☹ The Devil is bizzy.

Sent from my iPhone

## RE: Threats via Text ; Continued Calls

DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>

Wed 6/2/2021 4:24 PM

**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Cc:** Morrow, Diane <Diane.Morrow@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>

The separation has been processed and is in the Data Management que.

| | |
|---|---|
| **1.1** | **CMEM_SOLID_WASTE_FINAL_APPROVAL_ROLE** · Termination Approvers<br>Approved       Jun 2  2021<br>Erika Suttlar |
| **1.2** | **CMEM_COMPENSATION_GROUP_APPROVAL_ROLE** · Termination Approvers<br>Approved       Jun 2  2021<br>Anthony Hodges |
| **1.3** | **CMEM_DATA_MANAGEMENT_GROUP_APPROVAL_ROLE** · Termination Approvers<br>Approved       Jun 2  2021<br>Bridgette Dickerson |
| **1.4** | **CMEM_PAYROLL_GROUP_APPROVAL_ROLE** · Termination Approvers<br>Assigned       Jun 2  2021<br>Bridgette Dickerson |

Delicia DeGraffreed
Support Administrator ~ Solid Waste
125 Main Street
Memphis, TN 38103
901.636.6865 Phone
901-636-3861 Fax
delicia.degraffreed@memphistn.gov

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 02, 2021 3:28 PM
To: DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
Cc: Morrow, Diane <Diane.Morrow@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Has James Sherrod been released from payroll in B3?

Erika D. Suttlar, JD

HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Wednesday, June 2, 2021 3:15 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip
<Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Tonnie,

Can you please identify who sent you the text message?

Thanks


-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax

erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a
follow up. I did inform her that I sent it up to HR to review and that Erika will be in
tomorrow.

Thanks


-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks


-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't
change....but Me Wanting for MY MONEY.brings a very different and unique
TRUTH. it's bn 3months.please release me from your payroll so I can move on you

and Tyrone Davis (a Union rep) has railed road my Career and now holding my money for ova 3months.. Respectfully Stop your madness ,I don't want to work for corrupting and system manipulating people.. Not Asking you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with people Life the way your are..You Are very unthoughtful and should be shame how you Do your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't Rest..GOD Bless you and I hope you find him soon.🙈🗣️☹️ The Devil is bizzy.


Sent from my iPhone

## RE: Threats via Text ; Continued Calls

**Suttlar, Erika <erika.suttlar@memphistn.gov>**
Wed 6/2/2021 4:26 PM

**To:** DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
**Cc:** Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Thanks, Delicia.

All, given that the employee is no longer employed with us, there is nothing from an HR standpoint that I can do except to document his file. I recommend that Ms. Ward contact the Memphis Police Department for further guidance on the treats.

Please let me know if I can assist any further.

Thanks,


*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
*erika.suttlar@memphistn.gov*

### *Stay Positive.  Test Negative.*


**From:** DeGraffreed, Delicia
**Sent:** Wednesday, June 2, 2021 4:24 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Cc:** Morrow, Diane <Diane.Morrow@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: Threats via Text ; Continued Calls

The separation has been processed and is in the Data Management que.



| | |
|---|---|
| **1.1** | **CMEM_SOLID_WASTE_FINAL_APPROVAL_ROLE** · Termination Approvers |
| | Approved       Jun 2  2021 |
| | Erika Suttlar |
| **1.2** | **CMEM_COMPENSATION_GROUP_APPROVAL_ROLE** · Termination Approvers |
| | Approved       Jun 2  2021 |
| | Anthony Hodges |
| **1.3** | **CMEM_DATA_MANAGEMENT_GROUP_APPROVAL_ROLE** · Termination Approvers |
| | Approved       Jun 2  2021 |
| | Bridgette Dickerson |
| **1.4** | **CMEM_PAYROLL_GROUP_APPROVAL_ROLE** · Termination Approvers |
| | Assigned       Jun 2  2021 |
| | Bridgette Dickerson |

Delicia DeGraffreed
Support Administrator ~ Solid Waste
125 Main Street
Memphis, TN 38103
901.636.6865 Phone
901-636-3861 Fax
delicia.degraffreed@memphistn.gov

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 02, 2021 3:28 PM
To: DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
Cc: Morrow, Diane <Diane.Morrow@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Has James Sherrod been released from payroll in B3?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----

From: Jones, Darius
Sent: Wednesday, June 2, 2021 3:15 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip
<Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Tonnie,

Can you please identify who sent you the text message?

Thanks


-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a follow up. I did inform her that I sent it up to HR to review and that Erika will be in tomorrow.

Thanks


-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks


-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't change....but Me Wanting for MY MONEY.brings a very different and unique TRUTH. it's bn 3months.please release me from your payroll so I can move on you and Tyrone Davis (a Union rep) has railed road my Career and now holding my money for ova 3months.. Respectfully Stop your madness ,I don't want to work for corrupting and system manipulating people.. Not Asking you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with people Life the way your are..You Are very unthoughtful and should be shame how you Do your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't Rest..GOD Bless you and I hope you find him soon.🙏🏾😔 The Devil is bizzy.


Sent from my iPhone

## Re: Threats via Text ; Continued Calls

Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Wed 6/2/2021 4:30 PM

**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>; DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
**Cc:** Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>

I contacted all necessary parties and MPD  immediately afterward speaking with Darius Jones concerning these threats and other matters. All is well.

I printed all texts including this one and submitted to authorities . I filed charges on Mr. James Sherrod  and will be proceeding with an order of protection as advised.

Thank you.

Get Outlook for iOS

---

**From:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Sent:** Wednesday, June 2, 2021 4:26:38 PM
**To:** DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
**Cc:** Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: Threats via Text ; Continued Calls

Thanks, Delicia.

All, given that the employee is no longer employed with us, there is nothing from an HR standpoint that I can do except to document his file.  I recommend that Ms. Ward contact the Memphis Police Department for further guidance on the treats.

Please let me know if I can assist any further.

Thanks,


*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov

***Stay Positive.  Test Negative.***

**From:** DeGraffreed, Delicia
**Sent:** Wednesday, June 2, 2021 4:24 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Cc:** Morrow, Diane <Diane.Morrow@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: Threats via Text ; Continued Calls

The separation has been processed and is in the Data Management que.

| | |
|---|---|
| 1.1 | CMEM_SOLID_WASTE_FINAL_APPROVAL_ROLE - Termination Approvers |
| | Approved    Jun 2  2021 |
| | Erika Suttlar |
| 1.2 | CMEM_COMPENSATION_GROUP_APPROVAL_ROLE - Termination Approvers |
| | Approved    Jun 2  2021 |
| | Anthony Hodges |
| 1.3 | CMEM_DATA_MANAGEMENT_GROUP_APPROVAL_ROLE - Termination Approvers |
| | Approved    Jun 2  2021 |
| | Bridgette Dickerson |
| 1.4 | CMEM_PAYROLL_GROUP_APPROVAL_ROLE - Termination Approvers |
| | Assigned    Jun 2  2021 |
| | Bridgette Dickerson |

Delicia DeGraffreed
Support Administrator ~ Solid Waste
125 Main Street
Memphis, TN 38103
901.636.6865 Phone
901-636-3861 Fax
delicia.degraffreed@memphistn.gov

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 02, 2021 3:28 PM
To: DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
Cc: Morrow, Diane <Diane.Morrow@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Has James Sherrod been released from payroll in B3?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste

City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Wednesday, June 2, 2021 3:15 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip
<Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Tonnie,

Can you please identify who sent you the text message?

Thanks


-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a
follow up. I did inform her that I sent it up to HR to review and that Erika will be in
tomorrow.

Thanks


-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks


-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't
change....but Me Wanting for MY MONEY.brings a very different and unique
TRUTH. it's bn 3months.please release me from your payroll so I can move on you
and Tyrone Davis (a Union rep) has railed road my Career and now holding my
money for ova 3months.. Respectfully Stop your madness ,I don't want to work for

corrupting and system manipulating people.. Not Asking you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with people Life the way your are..You Are very unthoughtful and should be shame how you Do your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't Rest..GOD Bless you and I hope you find him soon.🙈🙉🙊☺ The Devil is bizzy.

Sent from my iPhone

## RE: Threats via Text ; Continued Calls

### Ryan, Chandell <Chandell.Ryan@memphistn.gov>

Wed 6/2/2021 6:34 PM

**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>; DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
**Cc:** Davis, Philip <Philip.Davis@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Hey Erika,

We can definitely do more. Let's discuss.

Tonnie, I am so sorry that you are experiencing this. Thank you for bringing it to our attention. We will work to put some measures in place and report back tomorrow on what we can do.

Delicia, can you get his picture from oracle or will we have to get it from his badge via Talent Management?

Thanks everyone,
Chandell

**From:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Sent:** Wednesday, June 2, 2021 4:27 PM
**To:** DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
**Cc:** Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: Threats via Text ; Continued Calls

Thanks, Delicia.

All, given that the employee is no longer employed with us, there is nothing from an HR standpoint that I can do except to document his file. I recommend that Ms. Ward contact the Memphis Police Department for further guidance on the treats.

Please let me know if I can assist any further.

Thanks,


*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov

**Stay Positive. Test Negative.**

**From:** DeGraffreed, Delicia
**Sent:** Wednesday, June 2, 2021 4:24 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Cc:** Morrow, Diane <Diane.Morrow@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell <Chandell.Ryan@memphistn.gov>; Jones, Darius <Darius.Jones@memphistn.gov>; Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** RE: Threats via Text ; Continued Calls

The separation has been processed and is in the Data Management que.



| | CMEM_SOLID_WASTE_FINAL_APPROVAL_ROLE - Termination Approvers |
|---|---|
| 1.1 | Approved   Jun 2 2021   📷 <br> Erika Suttlar |

| | CMEM_COMPENSATION_GROUP_APPROVAL_ROLE - Termination Approvers |
|---|---|
| 1.2 | Approved   Jun 2 2021   📷 <br> Anthony Hodges |

| | CMEM_DATA_MANAGEMENT_GROUP_APPROVAL_ROLE - Termination Approvers |
|---|---|
| 1.3 | Approved   Jun 2 2021   📷 <br> Bridgette Dickerson |

| | CMEM_PAYROLL_GROUP_APPROVAL_ROLE - Termination Approvers |
|---|---|
| 1.4 | Assigned   Jun 2 2021   📷 <br> Bridgette Dickerson |

Delicia DeGraffreed
Support Administrator ~ Solid Waste
125 Main Street
Memphis, TN 38103
901.636.6865 Phone
901-636-3861 Fax
delicia.degraffreed@memphistn.gov

-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 02, 2021 3:28 PM
To: DeGraffreed, Delicia <Delicia.DeGraffreed@memphistn.gov>
Cc: Morrow, Diane <Diane.Morrow@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Has James Sherrod been released from payroll in B3?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste

City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Wednesday, June 2, 2021 3:15 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Cc: Suttlar, Erika <erika.suttlar@memphistn.gov>; Davis, Philip
<Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Tonnie,

Can you please identify who sent you the text message?

Thanks


-----Original Message-----
From: Suttlar, Erika
Sent: Wednesday, June 2, 2021 9:57 AM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Sure, who is the employee?

Erika D. Suttlar, JD
HR Business Partner Manager
Division of Solid Waste
City of Memphis
125 Main Street, 6th Floor – Room 628 Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov
Stay Positive.  Test Negative.

-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 5:06 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: RE: Threats via Text ; Continued Calls

Team,

Tonnie has reached out to me again in regards to this issue. She is requesting a
follow up. I did inform her that I sent it up to HR to review and that Erika will be in
tomorrow.

Thanks


-----Original Message-----
From: Jones, Darius
Sent: Tuesday, June 1, 2021 3:43 PM
To: Suttlar, Erika <erika.suttlar@memphistn.gov>
Cc: Davis, Philip <Philip.Davis@memphistn.gov>; Ryan, Chandell
<Chandell.Ryan@memphistn.gov>
Subject: FW: Threats via Text ; Continued Calls

Erika,

Can you please assist with this when you return?

Thanks


-----Original Message-----
From: Ward, Tonnie
Sent: Tuesday, June 1, 2021 3:05 PM
To: Jones, Darius <Darius.Jones@memphistn.gov>
Subject: Threats via Text ; Continued Calls

You fired me for No dam reason.I am Man enough to accept what I can't
change....but Me Wanting for MY MONEY.brings a very different and unique
TRUTH. it's bn 3months.please release me from your payroll so I can move on you
and Tyrone Davis (a Union rep) has railed road my Career and now holding my
money for ova 3months.. Respectfully Stop your madness ,I don't want to work for

corrupting and system manipulating people.. Not Asking you..This is now My Demand..I have a Life you played with..and You Gotta Stop playing with people Life the way your are..You Are very unthoughtful and should be shame how you Do your fellow co workers..This is Not the Army Lady..You In Memphis TENNESSEE..I won't Rest..GOD Bless you and I hope you find him soon.😶‍🌫️☐☺ The Devil is bizzy.


Sent from my iPhone

## Ward, Tonnie

| From: | Nicole Miller <Nicole.miller@info.signupcert.com> |
| --- | --- |
| Sent: | Wednesday, June 9, 2021 11:04 AM |
| To: | Woodard, Anthony |
| Subject: | How to Conduct an Internal Harassment and Bullying Investigation |

CAUTION: This email originated outside of the **City of Memphis** organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Anthony,

While no employer wants to be accused of harassment, all employers need to be armed with the knowledge of how to proceed should they find themselves in the position of having to defend themselves against a harassment charge. Employers must ensure they are properly prepared at the outset of an investigation to conduct effective and legally-compliant investigations into the harassment.

Since an employer's prompt and effective response to complaints can limit or eliminate its liability in a discrimination, harassment, or retaliation lawsuit, it is imperative that employers implement an effective mechanism to investigate and resolve workplace complaints.

From fact-finding to conducting interviews and writing reports, participants will gain the knowledge needed to recognize harassment in their workplace and confidently and effectively conduct investigations.

### AREAS COVERED IN THE COURSE:

- Definition of harassment
- What constitutes harassment in the workplace?
- What harassment is NOT
- Laws violated by harassment
- Employer/Employee responsibilities in preventing harassment
- Harassment prevention strategies
- Creating a harassment-free workplace
- Avoiding the legal landmines surrounding investigations
- Laws that influence investigations
- Making the decision to investigate
- Reviewing the complaint
- Gathering evidence
- Creating a successful roadmap to the investigation
- Understanding the perspectives of the Complainant and the Accused
- Conducting effective interviews
- Determining Witness credibility
- Creating a perception of fairness
- Developing documentation that will stand-up in a lawsuit
- Determining corrective actions

- Effectively handling the impact on employees: Addressing the rumors & questions in the aftermath of an investigation
- Taking appropriate action once a determination has been made
- Handling post-investigations issues
- Communicating investigation results with sensitivity and fairness
- Writing a court-ready final report
- Do's & Don'ts of documenting employee performance
- Performance management's role in preventing and resolving harassment
- What does retaliation involve?
- Harassment & Discrimination are different than Retaliation
- Addressing retaliation
- Role of the EEOC in retaliation cases
- Whistleblower protection/Sarbanes-Oxley Act
- Minimizing the likelihood of retaliation violations
- What constitutes a valid retaliation claim?
- Elements of a retaliation claim
- Adverse employment action and causation
- Preventing retaliation and future workplace misconduct
- What creates workplace conflict?
- Major causes of conflict
- Viewing conflict as an opportunity
- Positive and negative outcomes of conflict
- Ability to identify different types of conflicts
- Conflict resolution styles
- Steps to take to resolve conflict
- Defining discrimination
- Characteristics of Discrimination
- Laws providing protection from Discrimination
- What is a hostile work environment?
- Legal requirements for a hostile work environment
- Identifying hostile work environments
- Handling hostile work environment situations

Topic: Workplace Harassment Prevention: How to Conduct an Internal Harassment and Bullying Investigation

Date: 10th, June, 2021, Thursday

Time: 1:00 PM EDT

Duration: 90 Minutes

Location: Live, interactive training on your computer

Includes Proprietary Tools and Helpful Documentation!

Can't attend live? Enroll and we'll send you a link to the recording version.

Register Now

INSTRUCTOR:

Diane L. Dee, President of Advantage HR Consulting, has over 25 years of experience in the Human Resources arena. Diane's background includes experience in HR consulting and administration in corporate, government, consulting and pro bono environments.

Diane holds a Master Certificate in Human Resources from Cornell University's School of Industrial and Labor Relations and has attained SPHR, SHRM-SCP, sHRBP and HRPM(R) certification.

**Warm Regards**
Nicole Miller
Training Manager
Tel No.: 1-888-844-8963

**This email was sent by: Greycompliance**
**30 Wall Street, 8th Floor, New York, NY, 10005, USA**

**Update Profile**