Tonnie Malone Ward

v

City of Memphis

**JOHN T. FOWLKES, JR.**

Tonnie Malone Ward

v

City of Memphis

**CHARMIANE G. CLAXTON**