EXAMPLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

2021 JUN 22  PM 12: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
TNWD OF TN MEMPHIS

Tonnie Malone Ward

Plaintiff,

Vs.

City of Memphis
Solid Waste Management Division

Defendant.

Case Number 2:21-cv-02417-JTF-cgc

Notice of Additional Information

Body of Document

Tonnie Malone Ward
7903 Black Mountain Drive
Apt 202
Memphis, TN 38119

Signature
Mailing Address
City, State, Zip Code
Telephone Number

(901) 830-8829

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, _____ a copy of the foregoing
_____ was mailed postage prepaid to _____.
Counsel or party.

Tonnie Malone Ward

Signature



**To:** Erika Suttlar JD, HR Business Partner Manager

**From:** Tonnie Ward, Ops. Administrator, Solid Waste Management

**Date:** Wednesday, December 30, 2020

Ms. Suttlar,

Attached are email, phone and text correspondence messages that I would like to be taken into consideration when HR, EDI and Legal investigate the complaint of a hostile work environment, harassment and retaliation charges that have been made by Mr. Terence Nickelberry against me.

As I have stated in recent conversations with HR, Division Director and Mr. Terence Nickelberry, as the Ops Administrator for Solid Waste, various avenues of communication will be necessary for myself and for subordinates to ensure core tasks are met daily throughout the City of Memphis.

All correspondence via email, phone or text have been and will remain in compliance with the City of Memphis Respectful Work Place Policy and Personnel Policies and Procedures. As the Ops Administrator, for the City of Memphis Solid Waste Management Team, I have and will continue upholding myself and team accountable for all policy adherence; therefore Mr. Terence Nickelberry's complaint comes as a total disturbance for me to apprehend.

As the Ops Administrator, my job duties entail frequent communication daily via phone with 12+ Zone Supervisors, 4+ Area Collections Managers and Sr. Collections Manager, an Interim Ops Administrator and numerous hourly employees. The importance of consistency with communicating and following up with the team is enforced across the board.

Many times, texts and return calls (same day) has been my resolve to ensure the individual, including Mr. Terence Nickelberry issue or inquiry receive the proper attention required for Solid Waste to meet and/or exceed service quality metrics, etc.

Lastly, these messages, emails and corresponding data are just a few excerpts from recent months of dialogue between Mr. Terence Nickelberry and me.

Until recently, Friday, December 18, 2020, I had no idea Mr. Nickeberry had a concern with our phone and/or text correspondence until he reported to HR and stated he was blocked from my cellular devices; which he was not.

He was very upset and came to Bellevue acting very belligerent. This concerned me. I called his name four times while in building, but he would not respond or report to my office.

Next, I called his phone with many attempts to explain and resolve his inability to reach me; however, Mr. Nickelberry went into an uncontrollable frenzy over the phone, shouting and yelling various fragmented sentences pertaining to him not being able to reach me by phone and he called 12+ times, etc.

In addition, Mr. Terence Nickelberry stated multiple accounts of accusatory remarks that concerned me.


Immediately, I contacted HR (via phone) and advised of the incident and (3) three others that were less than 2-weeks apart. It became very apparent that Mr. Nickelberry and I should sit-down once more with HR to facilitate his continuous behaviors that violate the following:

- City of Memphis Respectful Workplace Policy
- Personnel Policy and Procedure 38-02 Grounds for Disciplinary Actions
- Item 1 Employee has violated a provision set forth in City of Memphis personnel manual policies and procedures or provisions set forth by the employees Division or department

- Item 2 the employee has violated a lawful or official regulation or order or refused to accept an assignment from an authorized supervisor and the failure to obey amounts to insubordination
- Item 3 the employee is incompetent, inefficient and unprofessional in demonstrated work performance of their assigned job duties
- Item 4 the employees conduct and/or behavior towards management personnel, fellow employees, etc. has been offensive, inappropriate and fails to maintain satisfactory and harmonious work relationship
- Division Work Rules; Article 1 General Rules of Conduct Section 1 Item 1.08 (Fighting/ Threats/ Intimidation)

I am eager to assist HR, EDI and/or Legal as best I can to get to the bottom of the allegations that have been made by Mr. Terence Nickelberry; however, it is equally important for to have HR and/or EDI address Mr. Nickelberry's sporadic behavior and emotional outbursts that are now negatively impacting our City of Memphis Solid Waste Division due to past and present events that I have not had any knowledge of, but Mr. Nickelberry has acknowledged in open forum he struggles to deal with daily.


Respectfully Submitted,



Tonnie Ward, Ops Administrator

*We are hiring! – City of Memphis Jobs*

---

**From:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Sent:** Tuesday, December 29, 2020 6:53 PM
**To:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Subject:** Re: PRIVILEDGED AND CONFIDENTIAL

No ma'am. I do not have any questions. I will be responding to your invite and look forward to speaking with you.


Tonnie Ward
Operations Administrator
Solid Waste Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: 901.636.6831
Mobile: 901.395.4942



---

**From:** Suttlar, Erika <erika.suttlar@memphistn.gov>
**Sent:** Tuesday, December 29, 2020 6:31 PM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:** PRIVILEDGED AND CONFIDENTIAL

Good Evening Tonnie,

Unfortunately, a complaint of a hostile work environment, harassment, and retaliation have been made against you by Terence Nickleberry. I will be investigating to provide a finding on whether the allegations made against you are inconsistent with the City of Memphis' Personnel Policies and the Division's Work Rules.

I will send out an invite shortly for us to meet regarding the allegations. You are welcome to bring a support person with you, but I must remind you this meeting is for you to respond to the allegations personally and present any information you would like considered. The role of this

support person is as a witness or adviser but not an advocate. The support person **must not** be involved in the process or be someone that has been or may be interviewed concerning the matter.

As part of the process, you may identify potential witnesses for interviewing concerning the allegations. If you have any documents which you believe may be of assistance, please bring them with you.

All information obtained during this investigation will assist in determining whether you have engaged in the misconduct as alleged and the making of a recommendation regarding whether disciplinary action is appropriate.

I hope to conclude this investigation by Tuesday, January 5, 2021. Until the investigation is complete, Mr. Nickleberry's work assignment has been altered. He will continue to work on the Fleet Maintenance Project daily from his workstation at City Hall. Additionally, please remember that the City has an obligation to ensure that no retaliatory action is taken against Mr. Nickleberry.

Meanwhile, if you have any questions or require additional information, please do not hesitate to contact me.

With my sincerest regards,

*Erika D. Suttlar, JD*
*HR Business Partner Manager*
*Division of Solid Waste*
*City of Memphis*
125 Main Street, 6th Floor – Room 628
Memphis, TN 38103
901.636.6833 Direct
901.581.0378 Mobile
901.636.3861 Fax
erika.suttlar@memphistn.gov

*Stay Positive. Test Negative.*

This e-mail may contain Protected Health Information and/or personally identifiable information that are of a sensitive and confidential nature. You are required to maintain this information securely and confidentially and are prohibited from sharing without first obtaining permission from the individual who is the subject of this message unless permitted by law. Unauthorized disclosure may subject you penalties under federal and state law.

**IMPORTANT WARNING:** The documents accompanying this transmission contain confidential health information or legally privileged and personally identifiable information. The information contained in this e-mail message is intended solely for the use of the above-named recipient (s). If you are not the intended recipient, or a person responsible for delivering this information to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, copying, or distribution of any confidential and/or privileged information contained in this e-mail is strictly prohibited. If you have received this information in error, please notify us immediately by e-mail reply or by telephone at (901-636-6874) so that we can correct the error and arrange for the destruction or return of the e-mailed document.

*We are hiring! – City of Memphis Jobs*

Mail - Ward, Tonnie - Outlook

## Lot Check

### Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Fri 4/24/2020 8:18 PM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>; Hardeman, Kim <Kim.Hardeman@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>
**Cc:** Lamar, Albert <Albert.Lamar@memphistn.gov>

Effective Immediately:

Lot Checks will be the responsibility of the Area Manager. This task is not being completed daily as asked; therefore it will be the added task to the Manager Expectations. Equipment availability is our second priority outside of personnel.

When inadequate vehicle inventory is being reported its crippling our ability to be productive at start of day!

Monday morning we can discuss in detail when each of you sign off on your expectation. Have a safe weekend!

T*

Get Outlook for iOS

## Lockout

**Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>**

Fri 4/24/2020 8:33 AM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>

Tonnie:

Tracy James just gave me a call by phone and stayed he locked himself out of his picker.
I will be taking the key to him to unlock the door if it's okay.

Sent from my Verizon, Samsung Galaxy Tablet

## Lockout

## Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>

Fri 4/24/2020 8:33 AM

**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>

Tonnie:

Tracy James just gave me a call by phone and stayed he locked himself out of his picker.

I will be taking the key to him to unlock the door if it's okay.

Sent from my Verizon, Samsung Galaxy Tablet

## Re: Garbage Route Open

**Ward, Tonnie <Tonnie.Ward@memphistn.gov>**

Mon 4/20/2020 4:24 PM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>; Chism, Sahnna D. <Sahnna.Chism@memphistn.gov>; Rayford, Roderick <Roderick.Rayford@memphistn.gov>; Boyd, Sonja <Sonja.Boyd@memphistn.gov>

**What are you going to do about Kristy leaving that much on the ground? What can you do?**


**Tonnie Ward**
**Operations Administrator**
**Solid Waste Division**
**125 N. Main St., Room 628**
**Memphis, TN 38103**
Tonnie.Ward@memphistn.gov
**Office: 901.636.6831**
**Mobile: 901.395.4942**



---

**From:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Sent:** Monday, April 20, 2020 3:51 PM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Cc:** Lamar, Albert <Albert.Lamar@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>; Chism, Sahnna D. <Sahnna.Chism@memphistn.gov>; Rayford, Roderick <Roderick.Rayford@memphistn.gov>; Boyd, Sonja <Sonja.Boyd@memphistn.gov>
**Subject:** Garbage Route Open

Tonnie:
 Area A
Kristy Clark only pulled three streets due to Union business and a two-man truck she has half of her route on the ground.

Mr. Kenny Taylor has a half of route on the ground due to Ralph's being split this morning and he only has one person on the truck with him. Mr. Kenneth Taylor would like to stay to finish his route but he did not sign up for overtime I'm asking approval for him to continue.

Sent from my Verizon, Samsung Galaxy Tablet

## Re: New Equipment

### Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Fri 4/17/2020 10:56 AM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>; Woodard, Anthony <Anthony.Woodard@memphistn.gov>; Lamar, Albert <Albert.Lamar@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>

Thanks. Please bring me the keys to all bobs picked up today. I will require for you to speak with Eddie at some point next week to price a lock box for the fleet spare keys. Also, these BoBs must be added to the fleet list that will have Rubicon installed next week. HAs the list been created? If not, this must be done by COB today.

Ken/ Sahnna,

Please forward Terence the email listing all vehicles and units that are still needing Rubicon installation ASAP. Terence has acquired duties of Fleet Maintenance North and Scott installations. I have tasked him to assist in South Sector as needed.

Thanks!

Tonnie Ward
Operations Administrator
Solid Waste Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: 901.636.6831
Mobile: 901.395.4942



**From:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Sent:** Friday, April 17, 2020 10:43 AM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>
**Subject:** New Equipment

Tonnie:
Per our conversation this morning went down the High Street to pick up two of the five Bob's that were ready those truck numbers are, and they are on the parking lot.

## Area A

### Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Tue 4/14/2020 11:39 AM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>
**Cc:** Chism, Sahnna D. <Sahnna.Chism@memphistn.gov>; Boyd, Sonja <Sonja.Boyd@memphistn.gov>; Rayford, Roderick <Roderick.Rayford@memphistn.gov>

Terence,

Where are you with last week Thursday and Friday OTCC that was not completed last week? Why isn't Are A offering OT to complete those maps or routes?

Tonnie Ward
Operations Administrator
Solid Waste Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: 901.636.6831
Mobile: 901.395.4942



## Arrival

**Ward, Tonnie <Tonnie.Ward@memphistn.gov>**

Wed 4/8/2020 7:06 AM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Cc:** Woodard, Anthony <Anthony.Woodard@memphistn.gov>; Lamar, Albert <Albert.Lamar@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>

Terence,

Keep this email to recap our conversation last night about your gaining permission ( notification) that you would arrive to work this morning at 0645 instead of 0600.

I failed to let Rodney or Ken know prior to this, but just wanted to give you the documentation you asked I provide approving your arrival.

Have a great day!

Tonnie

Get Outlook for iOS

## Re:

**Ward, Tonnie <Tonnie.Ward@memphistn.gov>**

Mon 4/6/2020 9:00 PM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>

I was on phone with Ken! You gone trip

Get Outlook for iOS

---

**From:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Sent:** Monday, April 6, 2020 6:35:52 PM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Subject:**

Call ASAP

Sent from my Verizon, Samsung Galaxy smartphone

## Fw: Daily asset and attendance report area b

**Ward, Tonnie** <Tonnie.Ward@memphistn.gov>

Mon 4/20/2020 9:09 AM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>

FYI.......

DO AREA A JUST LIKE THIS....EVERYDAY

Tonnie Ward
Operations Administrator
Solid Waste Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: 901.636.6831
Mobile: 901.395.4942



---

**From:** Millen, Ken <Ken.Millen@memphistn.gov>
**Sent:** Monday, April 20, 2020 8:34 AM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>; Woodard, Anthony <Anthony.Woodard@memphistn.gov>; Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>; Hardeman, Kim <Kim.Hardeman@memphistn.gov>
**Cc:** Colbert, Yvonne L. <Yvonne.Colbert@memphistn.gov>; Arnett, Bobby <Bobby.Arnett@memphistn.gov>
**Subject:** Daily asset and attendance report area b

1 SEO Darcy Cheatham
2 Bob trucks
Steve Wilson
Harold Murrell

03 Crew Chiefs

L. Davis FMLA
k Carter OJi
A Crawford sick

05 Crew persons off

Jamie Coleman sick
Edward Johnson sick in EAP
Terry Peters lwop
V Brown sick
M Randolph vac


SEO

3 Truck Drivers off

J Belle FMLA
Sylvester Sims lwop brought statement on 02/24
Maxine Hill  call in sick

1 part time employees off

Denzel Shaw terminated
Thurman Houston resigned

Re: Re: Pickers ready for service

Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Thu 4/23/2020 7:02 PM
To: Hardeman, Kim <Kim.Hardeman@memphistn.gov>; Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>;
Houston, Keith <Keith.Houston@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>; Lamar, Albert
<Albert.Lamar@memphistn.gov>

Kim,


Terence forwarded me this email earlier.  I was not copied on it yesterday; however he is responsible for
fleet maintenance duties as it relates to each of the installations. Therefore, he will remain on
email threads to assist with any , if not all GS fleet inquires due to tasks he has been assigned prior to
the move.

 The expectation will be for leadership to continue to work closely with our GS team and field vendors to
ensure repairs and pick-ups or return of vehicles are performed expeditiously. Thanks for everything
each of you do!

Have a safe evening.

Respectfully,

Tonnie Ward
Operations Administrator
Solid Waste Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: 901.636.6831
Mobile: 901.395.4942



From: Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
Sent: Thursday, April 23, 2020 12:14 PM
To: Ward, Tonnie <Tonnie.Ward@memphistn.gov>
Subject: FW: Re: Pickers ready for service

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Hardeman, Kim" <Kim.Hardeman@memphistn.gov>
Date: 4/22/20 1:21 PM (GMT-06:00)
To: "Houston, Keith" <Keith.Houston@memphistn.gov>
Cc: "Nickelberry, Terence E." <Terence.Nickelberry@memphistn.gov>
Subject: RE: Re: Pickers ready for service

Keith,

Terence is no longer in the roll as Administrator. Please remove him from your email list. Tonnie Ward and myself are the Operations Administrator.

Tonnie is over the North Sector and I am over the South Sector.

Thank you

Sent from Mail for Windows 10

**From:** Houston, Keith
**Sent:** Wednesday, April 22, 2020 1:18 PM
**To:** Hardeman, Kim
**Cc:** Nickelberry, Terence E.
**Subject:** Re: Pickers ready for service

Kim,

We have all (5) Limb Pickers Ready for service. Please contact Kenny at the PM shop.

Kenny Worthington :901 636-7549.

- S7349
- S7348
- S7347
- S7346
- S7350

Keith Houston-Manager
Fleet Management
City Of Memphis
671 St. Jude Place
Memphis,TN 38105
PH : (901) 636-7511
  C : (901) 233-4934

keith.houston@memphistn.gov

## RE: Work Orders

### Ward, Tonnie <Tonnie.Ward@memphistn.gov>

Thu 10/10/2019 11:53 AM

**To:** Johnson, Shirley <Shirley.Johnson@memphistn.gov>; Colbert, Yvonne L. <Yvonne.Colbert@memphistn.gov>; Arnett, Bobby <Bobby.Arnett@memphistn.gov>; Morrow, Clarence T. <Clarence.Morrow@memphistn.gov>;
TerenceE.Nickelberry@memphistn.gov <TerenceE.Nickelberry@memphistn.gov>
**Cc:** Colbert, Cheryl <Cheryl.Colbert@memphistn.gov>; Chism, Sahnna D. <Sahnna.Chism@memphistn.gov>; Millen, Ken <Ken.Millen@memphistn.gov>; Hardeman, Kim <Kim.Hardeman@memphistn.gov>

This was sent hours ago.

Team,

I need a better response time when we are asking for information. Please work towards getting these requests answered. As productive professionals, responding to emails MUST take place in a timely manner.

Tonnie Ward
Operations Administrator
Solid Waste Collections Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: (901) 636-6831
Mobile(901) 395-4942



**From:** Johnson, Shirley
**Sent:** Thursday, October 10, 2019 9:32 AM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>; Colbert, Yvonne L. <Yvonne.Colbert@memphistn.gov>; Arnett, Bobby <Bobby.Arnett@memphistn.gov>; Morrow, Clarence T. <Clarence.Morrow@memphistn.gov>;
TerenceE.Nickelberry@memphistn.gov
**Cc:** Colbert, Cheryl <Cheryl.Colbert@memphistn.gov>; Chism, Sahnna D. <Sahnna.Chism@memphistn.gov>;
Millen, Ken <Ken.Millen@memphistn.gov>; Hardeman, Kim <Kim.Hardeman@memphistn.gov>
**Subject:** Re: Work Orders

Will Do

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
**From:** "Ward, Tonnie" <Tonnie.Ward@memphistn.gov>
**Date:** 10/10/19 8:58 AM (GMT-06:00)
**To:** "Colbert, Yvonne L." <Yvonne.Colbert@memphistn.gov>, "Arnett, Bobby" <Bobby.Arnett@memphistn.gov>,
"Morrow, Clarence T." <Clarence.Morrow@memphistn.gov>, TerenceE.Nickelberry@memphistn.gov
**Cc:** "Colbert, Cheryl" <Cheryl.Colbert@memphistn.gov>, "Johnson, Shirley" <Shirley.Johnson@memphistn.gov>,
"Chism, Sahnna D." <Sahnna.Chism@memphistn.gov>, "Millen, Ken" <Ken.Millen@memphistn.gov>, "Hardeman,

Subject: Re: Work Orders

I need to know what each of you have outstanding in your area? Were any work orders turned in today? Please be very proactive with getting equipment to GS to ensure speedy turnaround.

Tonnie Ward

Solid Waste Collections Administrator

125 N. Main St., Room 628

Memphis, TN 38103

Tonnie.Ward@memphistn.gov

901.395.4942



## Re: EOD

**Ward, Tonnie <Tonnie.Ward@memphistn.gov>**

Fri 4/24/2020 7:56 AM

**To:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>; Smith, MichaelA <MichaelA.Smith@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>; Manuel, James <James.Manuel@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>

Your reporting and your supervisors were you were in Thursday routes. As stated in previous emails, your reporting for midday, EOD and OT EOD will be for % of Garbage, Recycle and OTCC to be clearly outlined.

No Exceptions.....

Thanks!

Get Outlook for iOS

――――――――――――――――――――――――――――――――――――――――――

**From:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Sent:** Friday, April 24, 2020 7:48:27 AM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>; Smith, MichaelA <MichaelA.Smith@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>; Manuel, James <James.Manuel@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>
**Subject:** RE: EOD

Tonnie:
All of the Wednesday routes are 100%

Sent from my Verizon, Samsung Galaxy Tablet

-------- Original message --------
From: "Ward, Tonnie" <Tonnie.Ward@memphistn.gov>
Date: 4/23/20 8:41 PM (GMT-06:00)
To: "Nickelberry, Terence E." <Terence.Nickelberry@memphistn.gov>
Cc: "Millen, Ken" <Ken.Millen@memphistn.gov>, "Smith, MichaelA" <MichaelA.Smith@memphistn.gov>, "Wakefield, Rodney" <Rodney.Wakefield@memphistn.gov>, "Manuel, James" <James.Manuel@memphistn.gov>, "Davis, Philip" <Philip.Davis@memphistn.gov>
Subject: Re: EOD

Terence,

Area A reported earlier being in Thursday routes. What are these % below? I am confused. Explain.

Tonnie Ward
Operations Administrator
Solid Waste Division
125 N. Main St., Room 628
Memphis, TN 38103
Tonnie.Ward@memphistn.gov
Office: 901.636.6831
Mobile: 901.395.4942

**From:** Nickelberry, Terence E. <Terence.Nickelberry@memphistn.gov>
**Sent:** Wednesday, April 22, 2020 4:19 PM
**To:** Ward, Tonnie <Tonnie.Ward@memphistn.gov>
**Cc:** Millen, Ken <Ken.Millen@memphistn.gov>; Smith, MichaelA <MichaelA.Smith@memphistn.gov>; Wakefield, Rodney <Rodney.Wakefield@memphistn.gov>; Manuel, James <James.Manuel@memphistn.gov>; Davis, Philip <Philip.Davis@memphistn.gov>
**Subject:** EOD

100% Garbage
100% Recycle

A1
OTCC
Maps 3102, 3103 3104 50% Wednesday

A2
Maps 3207, 3208 3209 3210, 3211
20%

A3
95% in Wednesday

Sent from my Verizon, Samsung Galaxy Tablet