UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

RECEIVED

2021 JUL 30  AM 11: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT CO
TNWD OF TN MEMPH

Tonnie Malone Ward
_____
Plaintiff,

v. City of Memphis
Solid Waste Management Division
_____
Defendant.

Case No. # 2:21-cv-02417-JTF
cgc

_____

Notice of Right to Sue

Tonnie Malone Ward
7903 Black Mountain Drive
Apt 202
Memphis, TN 38119

Tonnie M. W

901. 830. 8829

EEOC Form 161 (11/2020)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tonnie M. Ward<br>7903 Black Mountain Drive<br>Apt 202<br>Memphis, TN 38119 | From: | **Memphis District Office**<br>**1407 Union Avenue**<br>**Suite 900**<br>**Memphis, TN 38104** |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **490-2021-01653** | **Tommye L. Cooper,** Investigator | **(901) 701-6441** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

July 30, 2021

Enclosures(s)

**Edmond Sims,**
**Acting District Director**

*(Date Issued)*

cc:  Kimberly Taylor, Sr. HRBP Manager
CITY OF MEMPHIS
125 N MAIN STRET, SUITE 414
Memphis, TN 38103