UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

RECEIVED
2021 SEP 20 PM 2:39
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
TNWD OF TN MEMPHIS

Tonnie Ward
Plaintiff,

v.                                           Case No. 2:21-cv-02417-JTF-cgc

City of Memphis Solid Waste Management, Division
Defendant.

Exhibit to add to case file.
Letter of Resignation  9/20/21

*/s/ Tonnie Ward*

September 20, 2021

City of Memphis

Solid Waste Management Division

125 N Main Street, 6th Floor

Memphis, Tennessee, 38103

Deputy Davis,

I am submitting this letter as my formal resignation from City of Memphis Solid Waste Management Division as Operations Administrator, effective immediately September 20, 2021.

During my time with City of Memphis Solid Waste Management Division I was sexually harassed and ultimately sexually assaulted (unwanted touch/ comments) by my direct report Mr Anthony Woodard whom was given the opportunity to cause more mental anguish and torment after EDI / HR and Division head did not follow protocol promptly to address these violations after multiple timely complaints were made.

Unfortunate for me, Mr. Woodard was given a final opportunity to corner me in an office to inflict more intimation tactics as he had done prior and ultimately given a choice to retire, but not without enlisting individuals to pick up the tasks of work place bullying, retaliation and fear tactics towards me. I followed protocol and reported once more and nothing was done to protect my safety or rights as an employee.

In addition to, the continued threats to cause bodily harm to me made by Mr. Terrence Nickelberry in open forum in the presence of HR; Erika Sutlar, previous Division Director and the area management leadership employees. Again, documented conversations and emails requesting this harassment to end and nothing was done to resolve.

Which ultimately led to recruitment of those affiliated with Mr. Nickelberry to begin threats via phone call, texts and stalking my place of residence and filing erroneous charges to have me terminated as the Operations Administrator.

This was just the beginning of the retaliation, hostile work environment and that now has become never ending.

After numerous attempts to have all violations handled properly by the City of Memphis Solid Waste Management Division, the concern for my safety, well-being and livelihood fell on deaf ears and EEOC was contacted.

I reported all workplace violations of my rights that City of Memphis attempted to keep in-house and hush-hush; which led to more discriminatory acts towards me in my role as Operations Administrator.

June 2021, Memphis Police Department had to be contacted, after it was crystal clear my safety and well-being was at risk due to job related tactics being orchestrated by Mr. Terrence Nickelberry, Mr. Ken Millen and other hourly employees.

Due to all the ongoing unresolved matters pertaining to my safety and well-being, the continued threats and plots for orchestrating my demise, the recruitment of mangers, supervisors and employees to fabricate incidents or comments concerning me, I cannot continue to work under these type of circumstances that have brought on unwarranted medical concerns that I must now attend to.

Sincerely,

*Tonnie Ward* (signature)

Tonnie Ward

[Notary seal: TASHA ANDERSON, NOTARY PUBLIC, ID No. 219263, Commission Expires Jul 19, 2024, STATE OF MISSISSIPPI, DESOTO COUNTY]

*Tasha A.* (signature)
9/20/21