# NOTICE OF SCHEDULING/ STATUS CONFERENCE

### Before Judge John T. Fowlkes, Jr., United States District Judge

**RE: 2:21-cv-2417-JTF-atc**

*Tonnie Malone Ward v. City of Memphis, Solid Waste Management Division*

This notice will serve as response to the City of Memphis Solid Waste Division's legal counsel to continue with the proposed scheduling conference dated for February 22, 2022 at 9:15 a.m. before Judge John T. Fowlkes, Jr. via TEAMS.

Plaintiff, (Tonnie Ward), submitted summons/ complaint in a timely manner via method certified USPS mail to the Defendant, (City of Memphis, Solid Waste Management Division), after all other attempts to have all complaints referenced in summons addressed and/or corrected by the City of Memphis EDI, HR and COO/ CEO failed to be taken seriously.

Not to mention, continuously subjecting the Plaintiff (Tonnie Ward) to a violent, hostile and unsafe work environment daily for months on end.

USPS or Courier service were the options outlined that Plaintiff, (Tonnie Ward) could utilize as filing *pro se*; which USPS was executed.

In addition, the City of Memphis EDI representative, whom had been involved and very knowledgeable of all the complaints waged against the Defendant, (City of Memphis, Solid Waste Management Division) by Plaintiff, (Tonnie Ward) pertaining to the sexual harassment, hostile work environment, discrimination, work place bullying, etc., signed for the receipt of the summons and presented to Defendant (City of Memphis, Solid Waste Management Division) leadership upon receipt; including the City of Memphis COO; Ms. Chandell Ryan and her direct report Mr. Doug McGowen.

In response to the Defendant, (City of Memphis) legal counsel motion filed to dismiss the case advising Defendant, (City of Memphis, Solid Waste Management Division) was not properly served with the complaints waged by Plaintiff , (Tonnie Ward) once again shows the lack of consideration that the Defendant, (City of Memphis, Solid Waste Management Division) continues to exhibit for individuals of minority, especially African American women, who are sexually and verbally violated, physically assaulted, as well as their rights violated within that entity of city government, the ***Solid Waste Management Division***.

Plaintiff, (Tonnie Ward) requests that Defendant, (City of Memphis, Solid Waste Management Division) report as proposed by Judge John T. Fowlkes via TEAMS on Tuesday, February 22, 2022 at 9:15 a.m. Due to the many investigative conferences that EDI and HR subjected the Plaintiff, (Tonnie Ward) during tenure pertaining to complaints referenced in the summons the Defendant, (City of Memphis, Solid Waste Management Division) signed and acknowledged with receipt of the USPS delivery.

Respectfully Submitted,

Plaintiff, Tonnie Ward

NOTARY PUBLIC
ID No. 219263
Commission Expires
Jul 19, 2024
STATE OF MISSISSIPPI
DESOTO COUNTY
TASHA ANDERSON

2/14/2022